**Bernard KAHN et al., Appellants,**

v.

**HIRSCH BROTHERS & COMPANY, Appellee.**

Court of Appeals of Kentucky.

Oct. 21, 1955.

Fred B. Redwine, Louisville, for appellants.

Peter, Heyburn & Marshall, Gavin H. Cochran, Charles F. Wood, Louisville, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment dismissing appellant's application for compensation for an alleged temporary partial disability for the period from November 20, 1950, to December 1, 1952, with 6% interest. It is agreed the amount involved is less than $2,500. We believe the evidence failed to establish that appellant had an actual disability that entitled him to compensation.

The motion for an appeal is overruled and the judgment is affirmed.